IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARLIE LEE PATON,<br><br>  Plaintiff(s),<br><br>  vs.<br><br>D. SWEARINGEN, et al.,<br><br>  Defendant(s). | No. C 05-3824 CRB (PR)<br><br>ORDER<br><br>(Docs # 11 & 13) |

Plaintiff, a prisoner at Pelican Bay State Prison in Crescent City, California, filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging that prison officials have refused to put him on the "clerical waiting list" for a paying prison job despite his having had a paying clerical job at California State Prison, Los Angeles County.

Per order filed on October 25, 2005, the court dismissed the complaint under the authority of 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.  The court explained:

> Plaintiff's allegations must be dismissed under the authority of § 1915A(b) because it is well-established that there is no constitutional right to a job in prison, much less to a paying job. See Hoptowit v. Ray, 682 F.2d 1237, 1254-55 (9th Cir. 1982) (no right to job in prison); see also Lyon v. Farrier, 727 F.2d 766, 769 (8th Cir. 1984) (prisoners have no right to tenure in their prison jobs).  Nor is there any indication that California has created a protected liberty or property interest in a prison job.  The California Constitution states that its provisions on inmate labor shall not be interpreted as creating a right of inmates to work, Cal. Const. art. XIV § 5, and the state statute which provides for work credits, Cal. Penal Code § 2933, has been found not to create a protected liberty interest, see Toussaint v. McCarthy, 801 F.2d 1080, 1095 (9th Cir. 1986).

|   |   |
|---|---|
| 1 | Plaintiff has now filed a notice of appeal accompanied by a motion for a certificate of appealability and a motion for leave to proceed in forma pauperis on appeal.  Plaintiff's motion (doc # 11) for a certificate of appealability is denied as unnecessary, and plaintiff's motion (doc # 13) for leave to proceed in forma pauperis on appeal is denied under the authority of 28 U.S.C. § 1915(a)(3) because the appeal is frivolous and not taken in good faith. |

SO ORDERED.

DATED:  Jan. 12, 2006

CHARLES R. BREYER
United States District Judge

2